DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARKAL TILLMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3060

[December 20, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 1999CF013625BXXXMB.

Markal Tillman, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***